UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHELSEA C. GROWE,

                                     Plaintiff,                        5:24-cv-1014 (BKS/MJK)

v.

OSWEGO COUNTY SUPREME
COURT, DMV and OSWEGO
COUNTY COURTHOUSE,

                                       Defendants.
_____

**Appearances:**

*Plaintiff pro se:*
Chelsea C. Growe
Oswego, NY 13126

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Chelsea C. Growe brought this action seeking to have an order of protection issued by a state court judge removed; she also sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. Nos. 1, 2). This matter was referred to United States Magistrate Judge Mitchell J. Katz who, on August 23, 2024, granted Plaintiff's application to proceed IFP and issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed without prejudice and without leave to amend for lack of subject matter jurisdiction. (Dkt. No. 4). Magistrate Judge Katz informed Plaintiff that she had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 10). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 4) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE** and **WITHOUT LEAVE TO AMEND** for lack of subject matter jurisdiction; and it is further

**ORDERED** that the Clerk of the Court shall close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 25, 2024
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge